UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LACHELLE LEWIS,

        Plaintiff,

v.

TARGET CORPORATION,

        Defendant.

Case No. 21-cv-00589-DMR

**ORDER TO SHOW CAUSE**

A case management conference is scheduled for March 16, 2022 at 1:30 p.m. in this case, with a joint case management statement due by March 9, 2022. [Docket No. 25.] The court's amended case management schedule and pre-trial date did not change the date for this case management conference. [Docket No. 28.]

No joint case management statement was filed. The clerk notified the parties on March 10, 2022 that they must file their statement by 5:00 p.m. They did not do so. Therefore, the court orders that by Monday, March 14, the parties shall submit a joint statement explaining why they should not be sanctioned for failing to file a joint case management statement despite receiving a clerk's notice.

**IT IS SO ORDERED.**

Dated: March 11, 2022

Donna M. Ryu
United States Magistrate Judge